Case 10-49126    Filed 08/17/11    Doc 85



**FILED**

AUG 17 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Case No. 10-49126-E-13 |
| | ) Docket Control No. JT-4 |
| SALVADOR HERNANDEZ CHAVEZ, JR., | ) |
| | ) |
| Debtor. | ) |

**ORDER ON MOTION TO VALUE**

The Motion to Value the collateral of E*TRADE, under 11 U.S.C. §506(a) to establish its secured claim having been filed, the Debtor's Plan proposing payments for that secured claim, and the Debtor and this creditor having filed a written stipulation concerning those matters,

**IT IS ORDERED** that the claim of E*TRADE secured by a junior lien against property commonly known as 9365 Whiskey Bar Road, Loomis, California 95650, is determined to have a value of $0.00 for purposes of the Debtor's Chapter 13 Plan, and the balance of the E*TRADE claim is to be paid as an unsecured claim under the confirmed Chapter 13 Plan.

Dated: August 16, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court



**CERTIFICATE OF MAILING**

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that the attached document(s) was served by mail to the following entities listed at the address(es) shown below:

Service List:

Austin Nagel
111 Deerwood Rd #305
San Ramon, CA 94583

John Tosney
331 J St #200
Sacramento, CA 95814

Salvador Chavez
9365 Whiskey Bar Rd
Loomis, CA 95650

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

DATE: 8/18/11

_____
Deputy Clerk